CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 15 2006

JOHN F. CORCORAN, CLERK
BY: 
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 5-06-cr-00036-04 |
| v. ) | **ORDER** |
| ) | |
| SANDRA KAY IRVINE, ) | By: Glen E. Conrad |
| ) | United States District Judge |
| Defendant. ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: December 15, 2006

/s/ Glen E. Conrad
United States District Judge